**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-6785

---

JOHN KENNEDY ROBINSON,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-97-688-AM)

---

Submitted: January 21, 1999      Decided: February 5, 1999

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James Clyde Clark, LAND, CLARK, CARROLL & MENDELSON, P.C., Alexandria, Virginia; Wm. Lee Robinson, Macon, Georgia, for Appellant. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Kennedy Robinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Robinson v. Angelone, No. CA-97-688-AM (E.D. Va. May 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2